435 A.2d 240

Connell v. Baker, et ux., Appellants.

Submitted November 14, 1980. Maurice A. Nernberg, Jr., for appellants; Thomas M. Mulroy, for appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

The order entered February 14, 1980, is affirmed.

435 A.2d 240

Freedman and Lorry v. Adler, et al., Appellants.

Argued September 9, 1980. Arnold Levin, for appellants; Charles Sovel, for appellees.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

The judgment of the lower court is affirmed. This Court hereby adopts the rationale set forth in the excellent opinion of Judge Greenberg of the Philadelphia Court of Common Pleas to support the affirmance in this case.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.